**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7471**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NICHOLAS J. QUEEN, SR.,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Herbert Maletz, Senior Judge, sitting by
designation.  (CR-93-366-WMN, CA-97-1184-WMN)

———————————

Submitted:  February 29, 2000      Decided:  March 16, 2000

———————————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Nicholas James Queen, Appellant Pro Se.  Lynne Ann Battaglia,
United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas James Queen appeals the district court's order denying his Fed. R. Civ. P. 60(b)(4) motion requesting immediate release from federal incarceration. Because the claims raised in the motion do not fall within the parameters of Rule 60(b), we affirm. To the extent that Queen challenges federal authorities' power to take custody of him after his release from state custody, that claim should be raised in a 28 U.S.C.A. § 2241 (West Supp. 1999) motion brought in the district of confinement. To the extent that Queen objects to the district court's letter to the Bureau of Prisons clarifying that the court's intent was that Queen's federal sentence run concurrently with his state sentence, we note that the letter did not amend or modify Queen's original sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2